816

No. 11–1320.  CALDWELL *v.* OHIO.  Ct. App. Ohio, Richland County.  Certiorari denied.

No. 11–1322.  SAMICA ENTERPRISES LLC ET AL. *v.* MAIL BOXES ETC., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1325.  VEALE ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.  C. A. 2d Cir.  Certiorari denied.

No. 11–1328.  CUNNINGHAM *v.* MCCLUSKEY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1329.  STRUTTON *v.* MEADE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–1331.  SATTARI *v.* CITIMORTGAGE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 11–1332.  LORD ABBETT MUNICIPAL INCOME FUND, INC. *v.* STRANGE, ATTORNEY GENERAL OF ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–1334.  COLE ET AL. *v.* HARRIS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–1336.  HURTGAM *v.* LYNDONVILLE CENTRAL SCHOOL DISTRICT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1337.  SIOUX HONEY ASSN. ET AL. *v.* UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 11–1338.  WEISSHAUS *v.* FAGAN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1342.  WEST VIRGINIA COAL WORKERS' PNEUMOCONIOSIS FUND *v.* STACY, SURVIVING SPOUSE OF STACY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–1344.  GABBERT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–1346.  HELLER *v.* EMANUEL.  C. A. 2d Cir.  Certiorari denied.